UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

**ELECTRONICALLY FILED**

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                    CRIMINAL ACTION NO. 3:24-CR-00017-MPB-CSW

AARON PAUL LOCKMAN                                               DEFENDANT

### DEFENDANT LOCKMAN'S MOTION TO STRIKE SENTENCING PLEADINGS

For the reasons outlined in the United States' recent memorandum (R. 51 pp. 3-4, Page ID # 325-326), the sentencing pleadings filed on behalf of Defendant Aaron Lockman in December 2025 are fundamentally flawed and unworthy of the Court's consideration. The defense accordingly moves the Court to strike the letters of support for Mr. Lockman (R. 40 and attachments, Page ID # 181-235) and his sentencing memorandum (R. 41, Page ID # 240-262) from the record in this case.

Respectfully submitted,

*Michael R. Mazzoli*
Scott C. Cox
Michael R. Mazzoli
Scott Coleman Cox, II
COX & MAZZOLI PLLC
600 West Main Street, Suite 300
Louisville, Kentucky 40202
502-589-6190
MMazzoli@CoxAndMazzoli.com

*Matthew R. Lemme*
Matthew R. Lemme
LEMME LAW OFFICES, LLC
A.E. Hancock Building
413 W. First Street
New Albany, Indiana 47150
(812) 944-1234
Fax: (812) 944-8121
attorney@indiana.usa.com

Attorneys for the Defendant

### CERTIFICATE OF SERVICE

On February 23, 2026, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

*Michael R. Mazzoli*
Michael R. Mazzoli