UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF

v.              CRIMINAL ACTION NO. 3:24-CR-00017-MPB-CSW

AARON PAUL LOCKMAN                          DEFENDANT

## ORDER

The Defendant having moved to strike the sentencing
pleadings filed previously on his behalf in this case, namely the
letters contained in the attachments to Docket Number 40 and the
sentencing memorandum filed as Docket Number 41, and the
Court having reviewed this matter and being otherwise sufficiently
advised,

IT IS HEREBY ORDERED that Defendant's Motion is
GRANTED.

Dated:  February 24, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.